1  LAURIE A. TRAKTMAN (SBN 165588)
   email: lat@gslaw.org
2  **GILBERT & SACKMAN**
   A LAW CORPORATION
3  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
4  Tel: (323) 938-3000
   Fax: (323) 937-9139
5

6  *Attorneys for Plaintiffs*

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10  BOARD OF TRUSTEES OF THE              Case No. 2:09-cv-8621 PSG (SHx)
    SHEET METAL WORKERS' PENSION
11  PLAN OF SOUTHERN CALIFORNIA,
    ARIZONA AND NEVADA; BOARD OF         ~~**[PROPOSED]**~~ **RENEWAL OF**
12  TRUSTEES OF THE  SHEET METAL          **JUDGMENT BY CLERK**
    WORKERS' HEALTH PLAN OF
13  SOUTHERN CALIFORNIA, ARIZONA
    AND NEVADA; BOARD OF
14  TRUSTEES OF THE SHEET METAL
    WORKERS LOCAL 88 SECTION
15  401(K) PLAN; SHEET METAL
    WORKERS LOCAL 88 VACATION
16  FUND; SHEET METAL WORKERS
    LOCAL 88 APPRENTICE TRAINING
17  AND JOURNEYMEN EDUCATIONAL
    FUND; SHEET METAL WORKERS
18  LOCAL 88 INDUSTRY PROMOTION
    FUND; AND BOARD OF TRUSTEES
19  OF THE SOUTHERN NEVADA AIR
    CONDITIONING, & SHEET METAL
20  CONTRACTORS' ASSOCIATION,
    INC.; BOARD OF TRUSTEES OF THE
21  SHEET METAL WORKERS
    NATIONAL PENSION FUND; BOARD
22  OF TRUSTEES OF THE
    INTERNATIONAL TRAINING
23  INSTITUTE; BOARD OF TRUSTEES
    OF THE NATIONAL INDUSTRY
24  FUND; BOARD OF TRUSTEES OF THE
    SHEET METAL OCCUPATIONAL
25  HEALTH INSTITUTE; AND BOARD
    OF TRUSTEES OF THE NATIONAL
    ENERGY MANAGEMENT INSTITUTE;

26  Plaintiffs,

27               v.

28  HAWTHORNE PLUMBING DBA

---

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK

| 1 | HAWTHORNE PLUMBING, HEATING |
| 2 | & COOLING; GREGORY SCOTT |
|   | HAWTHORNE; and JENNIFER |
| 3 | CROWTHER HAWTHORNE, |
|   | individuals, |
| 4 |        Defendants. |

NOW, upon application of plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan; Sheet Metal Workers Local 88 Vacation Fund; Sheet Metal Workers Local 88 Apprentice Training and Journeymen Educational Fund; Sheet Metal Workers Local 88 Industry Promotion Fund; and Board of Trustees of the Southern Nevada Air Conditioning, & Sheet Metal Contractors' Association, Inc.; Board of Trustees of the Sheet Metal Workers National Pension Fund; Board of Trustees of The International Training Institute; Board of Trustees of the National Industry Fund; Board of Trustees of the Sheet Metal Occupational Health Institute; and Board of Trustees of the National Energy Management Institute, (collectively the "Trust Funds" or "Plans"), and upon declaration that judgment debtors, Hawthorne Plumbing dba Hawthorne Plumbing, Heating & Cooling; and Gregory Scott Hawthorne, jointly and severally ("Defendants") have failed to pay the total amount of said judgment; and that Defendants are indebted to the Plans. This renewal applies to all defendants except for Jennifer Crowther Hawthorne who was dismissed from this lawsuit on March 4, 2010.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Defendants jointly and severally, be renewed in the amount of $49,796.22, which is broken down as follows:

      a.    Principal:             $26,886.86

      b.    Liquidated Damages:    $5,377.37

| | | | |
|---|---|---|---|
| | c. | Judgment interest: | $2,688.69 |
| | d. | Attorneys Fees: | $15,000.00 |
| | e. | Costs: | $500.00 |
| | Subtotal (Judgment as entered): | | $50,452.92 |
| | f. | Less credits after judgment: | $26,886.86 |

g. Post-Judgment Interest calculated at 10% per annum per the Order on Stipulation entered on March 8, 2010 at paragraph 2, computed from March 8, 2010 to January 10, 2020 at $6.46 per day:

$23,230.16

**GRAND TOTAL:** **$46,796.22**

**IT IS SO ORDERED.**

Dated: __1/22/2020_____          __B. Moss_____ .
                                                          Clerk of Court

LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(K) PLAN; SHEET METAL WORKERS LOCAL 88 VACATION FUND; SHEET METAL WORKERS LOCAL 88 APPRENTICE TRAINING AND JOURNEYMEN EDUCATIONAL FUND; SHEET METAL WORKERS LOCAL 88 INDUSTRY PROMOTION FUND; AND BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AIR CONDITIONING, & SHEET METAL CONTRACTORS' ASSOCIATION, INC.; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS NATIONAL PENSION FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL TRAINING INSTITUTE; BOARD OF TRUSTEES OF THE NATIONAL INDUSTRY FUND; BOARD OF TRUSTEES OF THE SHEET METAL OCCUPATIONAL HEALTH INSTITUTE; AND BOARD OF TRUSTEES OF THE NATIONAL ENERGY MANAGEMENT INSTITUTE; <br><br> Plaintiffs, <br><br> v. <br><br> HAWTHORNE PLUMBING DBA | Case No. 2:09-cv-8621 PSG (SHx) <br><br> **PROOF OF SERVICE OF [PROPOSED] RENEWAL OF JUDGMENT BY CLERK** |

PROOF OF SERVICE OF [PROPOSED] RENEWAL OF JUDGMENT BY CLERK

HAWTHORNE PLUMBING, HEATING
& COOLING; GREGORY SCOTT
HAWTHORNE; and JENNIFER
CROWTHER HAWTHORNE,
individuals,

     Defendants.

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3699 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010.

On January 21, 2020, I served the foregoing documents described as: **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

     Hawthorne Plumbing, Inc. d/b/a Hawthorne Plumbing,
     Heating & Cooling; and Gregory Scott Hawthorne
     4570 West Post Road, Suite 800
     Las Vegas, NV 89118

**[X]**   **BY MAIL:** I enclosed the documents in a sealed envelope or package addressed to the address above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on, January 21, 2020 at Los Angeles, California

                                _M. Tijerina_____

                                  Marisa Tijerina